## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CHERYL DAVIS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO. |
| vs. | ) 1:09-CV-01462-TCB |
| | ) |
| HOME AMERICAN CREDIT, INC. d/b/a, | ) |
| UPLAND MORTGAGE , OCWEN LOAN | ) |
| SERVICING, LLC, DEUTSCHE BANK | ) |
| NATIONAL TRUST COMPANY, | ) |
| RICHARD B. MANER, P.C. and JOHN | ) |
| DOE(s), | ) |
| | ) |
| Defendants. | ) |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

**COMES NOW** Defendant Ocwen Loan Servicing, LLC and hereby certifies that it has served Plaintiff with a copy of the following: (1) Ocwen Loan Servicing, LLC's Responses to Plaintiff's First Interrogatories; (2) Ocwen Loan Servicing, LLC's Responses to Plaintiff's First Request for Admissions; and (3) Ocwen Loan Servicing, LLC's Responses to Plaintiff's First Request for Production of Documents.

[SIGNATURE ON FOLLOWING PAGE]

This the 4th day of June, 2010.

        Respectfully submitted,

        /s/Charles Huddleston
        Linda S. Finley
        Georgia Bar No. 261515
        Charles Huddleston
        Georgia Bar No. 373975
        Jonathan E. Green
        Georgia Bar No. 307053
        *Attorneys for Defendant Ocwen Loan Servicing, LLC*
        BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
        Suite 1600, Monarch Plaza
        3414 Peachtree Rd. NE
        Atlanta, Georgia 30326
        Fax 404-221-6501
        lfinley@bakerdonelson.com
        chuddleston@bakerdonelson.com
        jegreen@bakerdonelson.com

- 3 -

## CERTIFICATE OF SERVICE

I have this day served upon all necessary parties of record with a copy of **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** by the CM/ECF online filing system with the U.S. District Court for the Northern District of Georgia to the following:

Preston Halliburton, Esq.
Law Office of Preston Haliburton
1378 Scenic Hwy. N.
Snellville , GA  30078
prestonhaliburton@yahoo.com

This 4th day of June 2010.

_____
Charles Huddleston
Georgia Bar No. 373975
*Counsel for Defendant Ocwen Loan Servicing, LLC*
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
3414 Peachtree Road, N.E.
Monarch Plaza, Suite 1600
Atlanta, Georgia  30326
Phone:  (404) 577-6000
Facsimile:  (404) 221-6501
chuddleston@bakerdonelson.com